JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Rocca,<br><br>        Plaintiff,<br><br>   v.<br><br>1601 Tustin, Santa Aan, LLC, et al.,<br><br>        Defendant(s). | SACV 15-01247 JVS (JCGx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

    The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

   IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 75 days</u>, to reopen the action if settlement is not consummated.

DATED:   October 13, 2015

                                                   _____
                                                   James V. Selna
                                             United States District Judge